UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

    Plaintiff,

v.   Case No. 3:24cv290-TKW-HTC

POWERS, et al.,

    Defendants.

_____/

REPORT AND RECOMMENDATION

On June 25, 2024, the Court ordered Plaintiff Lavaros Davis to, within 21 days, file a complaint on the required complaint form and either file a complete motion to proceed *in forma pauperis* or pay the $405 filing fee.  Doc. 3.  The Court subsequently granted two motions Davis filed asking for additional time to comply with the June 25 Order, making the deadline September 3, 2024.  Docs. 4 – 7.  As the Court noted in its most recent order granting an extension:

> With this extension, Davis will have had 70 days to comply with the June 25 Order. Thus, no further extensions will be granted absent extraordinary circumstances, and a failure to comply with the extended deadline will result in a recommendation that this case be dismissed.

Doc. 7 at 2.  Despite this warning, Davis has not complied with the June 25 Order. Based on the foregoing, dismissal of this case is appropriate.  *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may

dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Davis's failure to prosecute and failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 10th day of September, 2024.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:24cv290-TKW-HTC